# ERRATA SHEET

# August 24, 2016

# Deposition of

# Shawn Kiesau

# FILED UNDER SEAL