IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORTION,

    Plaintiff,

v.

YOURCAREUNIVERSE, INC.,
MEDHOST OF TENNESSEE, INC.,
AND MEDHOST DIRECT, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  15-cv-821-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants YourCareUniverse, Inc., MEDHOST of Tennessee, Inc., and MEDHOST Direct, Inc. against plaintiff Epic System Corporation and dismissing this case.

| | |
|---|---|
|    s/V. Olmo, Deputy Clerk    |    3/22/2017    |
| Peter Oppeneer, Clerk of Court | Date |